IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHIN SON | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| ALLTEL COMMUNICATION | * | NO: 4:05CV00413 SWW |
| WIRELESS, INC. | * | |
| | * | |
|     Defendant | * | |
| | * | |
| | * | |

## ORDER

Plaintiff Chin Son ("Son"), an American citizen of Korean ancestry, brings this employment discrimination case against his former employer, Alltel Communications Services Corporation ("Alltel"). Before the Court are (1) Alltel's motion to dismiss (docket entry #5) and Son's response (docket entry #11) and (2) Son's motion to amend the complaint (docket entry #12). The time for responding to the motion to amend has passed, and Alltel has not responded. After careful consideration, and for the reasons stated below, Alltel's motion to dismiss will be granted in part, and Son's motion to amend will be granted. Son is directed to file his amended complaint within ten (10) days from the entry date of this order.

On November 7, 2003, Son filed a *pro se* complaint in this Court, alleging that Alltel terminated his employment based on his race and national origin. *See Son v. Alltel*

*Communications Services Corp.*, 4:03CV00891 SWW (E.D. Ark). In his complaint filed in case number 4:03CV00891 SWW, Son claimed that Alltel discriminated against him in violation of Title VII of the 1964 Civil Rights Act, as amended by the Civil Rights Act of 1991, "and other federal laws." On May 11, 2004, the Court dismissed Son's complaint, without prejudice, for failure to serve process on Alltel and failure to prosecute his claims.

On March 4, 2005, Plaintiff commenced the present action, *pro se*, alleging that Alltel terminated his employment based on his race and national origin in violation of Title VII "and other federal laws."

The case is before the Court on Alltel's motion to dismiss. In support of its motion, Alltel asserts that Son's Title VII claim is barred by the time limitation set forth in 42 U.S.C. § 2000e-5(f)(1), which requires that suit be filed within ninety days of receiving a notice of the right to sue form the Equal Employment Opportunity Commission.

Son, who is now represented by counsel, acknowledges that he failed to commence this action within ninety days of receiving a right to sue letter and that his Title VII claim is time-barred. However, he requests leave to amend his complaint to clarify that he also brings a claim for discrimination based on his Korean ancestry and ethnicity under 42 U.S.C. § 1981. For good cause shown, Son's motion to amend will be granted.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss (docket entry #5) is GRANTED IN PART. Plaintiff's claims brought pursuant to Title VII of the 1964 Civil Rights Act, as amended by the Civil Rights Act of 1991, are DISMISSED as time-barred.

IT IS FURTHER ORDERED that Plaintiff's motion to amend (docket entry #12) is GRANTED. Plaintiff is directed to file his amended complaint within ten (10) days from the

entry date of this order.

       IT IS SO ORDERED THIS 21st DAY OF JULY, 2005.

                                      <u>/s/Susan Webber Wright</u>

                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT