**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHIN SON | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| ALLTEL COMMUNICATION | * | NO: 4:05CV00413 SWW |
| WIRELESS, INC. | * | |
| | * | |
|     Defendant | * | |
| | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1st DAY OF MAY, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE